IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONES EAGLE LLC**                                                                                              **PLAINTIFF**

v.                                   Case No. 4:24-cv-00990-KGB

**WES WARD, in his official capacity**
**as the Secretary of the Arkansas Department of Agriculture,** *et al.*          **DEFENDANTS**

## ORDER AND NOTICE OF HEARING

Pending before the Court is the motion for temporary restraining order and preliminary injunction filed by plaintiff Jones Eagle LLC ("Jones Eagle") (Dkt. No. 7).

Jones Eagle's complaint was filed on November 13, 2024 (Dkt. No. 1). Jones Eagle's motion for temporary restraining order and preliminary injunction was filed on November 19, 2024 (Dkt. No. 7). Jones Eagle challenges Arkansas Act 636 of 2023 ("Act 636"), Arkansas Code Annotated §§ 18-11-110 and 18-11-801, *et seq.*, and Arkansas Act 174 of 2024 ("Act 174"), Arkansas Code Annotated § 14-1-606 (*Id.*). Jones Eagle requested an *ex parte* temporary restraining order (Dkt. No. 8, at 1). On November 20, 2024, the Court noticed a hearing on the motion for November 21, 2024, at 3:30 p.m. (Dkt. No. 11).

Defendants Wes Ward ("Secretary Ward"), in his official capacity as Secretary of the Arkansas Department of Agriculture, Tim Griffin ("Attorney General"), in his official capacity as Attorney General of Arkansas, and the State of Arkansas (collectively "Defendants"), through their counsel, filed a motion to dismiss on November 21, 2024 (Dkt. No. 16).

The Court conducted a hearing at which Jones Eagle and Defendants were represented by counsel and during which Jones Eagle presented evidence (Dkt. Nos. 18–19). On November 25, 2024, the Court entered a Temporary Restraining Order that, by its terms, expires within the time permitted by Federal Rule of Civil Procedure 65(b)(2) (Dkt. No. 20).

Now, the Court grants Jones Eagle's request to conduct a hearing on its motion for temporary restraining order and preliminary injunction and will conduct a contested hearing on Wednesday, December 4, 2024, at 9:00 a.m. C.S.T.

The Court sets the following schedule:

- Defendants' response to plaintiff's motion for temporary restraining order and preliminary injunction—if it chooses to file one—is due by 5:00 p.m. C.S.T. on Friday, November 29, 2024.

- Jones Eagle's reply brief in support of its motion for temporary restraining order and preliminary injunction—if it chooses to file one—is due by 12:00 noon C.S.T. on Monday, December 2, 2024.

- The Court will conduct a hearing on the motion for temporary restraining order and preliminary injunction on Wednesday, December 4, 2024, at 9:00 a.m. C.S.T.

Prior to the hearing, the Court directs the parties to exchange copies of exhibits they intend to present, or a list of exhibits if copies have already been provided, and written lists of witnesses they will or may call at the hearing by 3:00 p.m. C.S.T. on Monday, December 2, 2024.  If the parties wish to present rebuttal exhibits or witnesses at the hearing, the parties shall submit such rebuttal exhibits and written lists of such rebuttal witnesses by 12:00 noon C.S.T. on Tuesday, December 3, 2024.  In these lists, which should be filed of record with the Court, the parties should disclose if the witnesses they intend to call are appearing by agreement or by subpoena.

If any party objects to the Court's consideration of exhibits already in the record in this matter, such objections must be made in writing and filed by 9:00 a.m. C.S.T. on Tuesday, December 3, 2024, and any responses to such objections must be made on the record at the hearing on the motion for temporary restraining order and preliminary injunction that same day.

Given the issues raised by Defendants' motion to dismiss, the Court directs as follows:

- Jones Eagle's response to Defendants' motion to dismiss—if it chooses to file one—is due by 5:00 p.m. C.S.T. on Friday, November 29, 2024.

- Defendants' reply brief in support of its motion to dismiss—if it chooses to file one—is due by 12:00 noon C.S.T. on Monday, December 2, 2024.

- The Court will conduct a hearing on Defendants' motion to dismiss on Wednesday, December 4, 2024, at 9:00 a.m. C.S.T.

It is so ordered this 26th day of November, 2024.

_____
Kristine G. Baker
Chief United States District Judge