## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JONES EAGLE, LLC *f/k/a*
JONES DIGITAL, LLC**                                                                   **PLAINTIFF**

v.                              CASE NO. 4:24-cv-00990-KGB

**WES WARD, et al.**                                                                    **DEFENDANTS**

### DEFENDANTS' WITNESS AND EXHIBIT LISTS

Pursuant to the Court's Scheduling Order, Defendants submit the following list of witnesses and exhibits for the hearing in this matter on December 2, 2024, as follows:

I. Witness List

   1. Secretary Wes Ward

   2. Qimin "Jimmy" Chen

   3. Defendants reserve the right to cross-examine any witness identified by Plaintiff to testify at the hearing of this matter.

II. Exhibit List

   1. Lease dated March 24, 2023

   2. First Addendum to Lease Agreement dated May 22, 2023

   3. Second Amendment to Lease dated September 27, 2023

   4. First Amendment to Solar Farm Option and Lease Agreement

   5. Legislative testimony regarding Act 636 (forthcoming)

   6. Legislative testimony regarding Act 174 (forthcoming)

   7. Documents produced by Plaintiff in response to subpoena to Qimin "Jimmy" Chen.

8. Documents being compiled in response to subpoena to Secretary Wes Ward.

9. Defendants reserve the right to use any exhibits identified by Plaintiffs at the hearing of this matter.

December 2, 2024                                    Respectfully submitted,

TIM GRIFFIN
Attorney General

Ryan Hale
Ark. Bar No. 2024310
Senior Assistant Attorney General

Jordan Broyles
Ark. Bar No. 2015156
Senior Assistant Attorney General

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 295-7419
(501) 682-2591 fax
ryan.hale@arkansasag.gov

*Counsel for Defendants*