# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JONES EAGLE LLC**                                                                                                          **PLAINTIFF**

**v.**                                                   **Case No. 4:24-cv-00990-KGB**

**WES WARD, in his official capacity**
**as Secretary of the Arkansas Department of Agriculture,** *et al.*                   **DEFENDANTS**

## ORDER

      Before the Court is the parties' joint motion for continuance of scheduling order (Dkt. No. 69). The parties represent that they have conferred and agree that there is good cause to extend the remaining unexpired pretrial deadlines in the Court's Final Scheduling Order (*Id.*, ¶ 4). The parties therefore request that the unexpired pretrial deadlines in this case be extended by 120 days as proposed in their motion (*Id.*, ¶¶ 5–6). The parties represent that the proposed extension would alleviate time pressure on counsel for the parties, facilitate disposition of this action, avoid wasteful pretrial activities, and improve the quality of the trial by allowing for more thorough preparation (*Id.*, ¶¶ 7–8). For good cause shown, the Court grants the motion (*Id.*). The Court removes this case from the January 12, 2026, trial calendar, and continues all unexpired pretrial deadlines. The Court will reset the trial setting for this case and pretrial deadlines by separate entry of an Amended Final Scheduling Order.

      It is so ordered this 15th day of August, 2025.

                                                              Kristine G. Baker
                                                              Chief United States District Judge