EXHIBIT 9

+1 (501) 804-1637

iMessage
Feb 28, 2024 at 11:13 AM

I am in a meeting, but will circle back.

Feb 28, 2024 at 2:25 PM

Name of title company? Email address for your point of contact?

Going to pull the trigger on this

Cristina Donahue
Sharp County Title, Inc.
cristina@sharpcountytitle.net

\* Donahoe

Address of the property subject to the sale?

Looks like the best description I have is 20 acres in or around West Center St, Cave City, AR



**+1 (501) 804-1637**

**What is your email?**

rburnett@hbfirm.net

**Will email it to you tonight and ask in writing for you to waive service on behalf of your client. I have a month deadline to respond. If you want an extension, just ask.**

Will do... thank you.

Feb 28, 2024 at 6:42 PM

**In your email inbox**

**Sharp county title has one in their possession too. I called Cristina at Sharp County title earlier today and let her know that I would be sending her a subpoena. I put her on notice around 3:30 PM.**

**I also asked her if she would waive service, but did not get a commitment***



+1 (501) 804-1637

Cristina at Sharp County title earlier today and let her know that I would be sending her a subpoena. I put her on notice around 3:30 PM.

I also asked her if she would waive service, but did not get a commitment

> Got it. I'll check in with her in the morning.

Mar 22, 2024 at 3:40 PM

Checking in with you on the cave city property - if the transaction has been terminated I'd be happy to release your client from responding to the subpoena

> Yes, that looks to be the case. Thank you so much.
>
> Delivered

Perfect.

   

+1 (870) 613-1940

iMessage
Feb 27, 2024 at 4:57 PM

Hello sir, Bart Schulz here. Alex from the AG's office just left you a voicemail

The sender is not in your contact list.
**Report Junk**