

# TIM GRIFFIN
## ATTORNEY GENERAL

February 28, 2024

Mr. Ronald S. Burnett, Jr.
PARKER HURST & BURNETT PLC
P.O. Box 1733
Jonesboro, Arkansas 72403
rburnett@phbfirm.net
**SENT VIA EMAIL**

    *Re:*    *Subpoena Duces Tecum*

Dear Mr. Burnett,

    Enclosed please find a subpoena duces tecum, which seeks records regarding a pending transaction between Mr. Matt Reynolds and Sandy Holding LLC and/or Hyades Holding LLC for approximately 20 acres of real property located on or around West Center Street in Cave City, Sharp County, Arkansas.

    The information commanded in this subpoena is pursuant to the authority conferred to the Attorney General by Ark. Code Ann. § 25-16-705 in the matter of an investigation being conducted by the Attorney General pursuant to Act 636 of 2023 in which the interests of the State of Arkansas are involved.

    Please advise whether you are willing to accept service of the subpoena via this communication. Otherwise, I will proceed with traditional service as required by Arkansas law.

    Thank you for your attention to this matter. If you have any questions or wish to discuss this matter further, please contact me via email at Alexandra.Benton@ArkansasAG.gov or on my cell at (501) 804-1637.

Sincerely,

*A. Benton*

Alexandra C. Benton
Deputy Attorney General

323 CENTER STREET, SUITE 200
LITTLE ROCK, ARKANSAS 72201



# TIM GRIFFIN
### ATTORNEY GENERAL

## SUBPOENA DUCES TECUM

The State of Arkansas to the Sherriff of Sharp County: You are commanded to subpoena:

> Matt Reynolds
> c/o Ronald S. Burnett, Jr.
> Parker Hurst & Burnett PLC
> 3000 Browns Lane
> Jonesboro, Arkansas 72401

❑ to attend before the Attorney General and testify.

| Place of Testimony | Location |
|---|---|
|  |  |
|  | Date and Time |
|  |  |

and/or

☑ produce the following books, records, or other documents, on or before March 22, 2024 at 5:00 p.m. CT, to wit:

1. Articles of Incorporation, operating agreements, constitution, bylaws, and all other books, records, documents or items that reflect the control the ownership or operations of Sandy Holding LLC and Hyades Holding LLC.

2. All books, records, documents or items including any communications between any employee, agent, trustee, or other fiduciary of Sandy Holding LLC and you.

3. All books, records, documents or items including any communications between any employee, agent, trustee, or other fiduciary of Hyades Holding LLC and you.

4. All deeds, leases, contracts, agreements, and other books, records, or documents between you and Sandy Holding LLC regarding real property located on or around West Center Street, Cave City, Arkansas.

323 CENTER STREET, STE 200
LITTLE ROCK, ARKANSAS 72201

5.      All deeds, leases, contracts, agreements, and other books, records, or documents between you and Hyades Holding LLC regarding real property located on or around West Center Street, Cave City, Arkansas.

This information is commanded pursuant to the authority conferred by Ark. Code Ann. § 25-16-705 in the matter of an investigation being conducted by the Attorney General in which the interests of the State of Arkansas are involved.

You are commanded to provide the Attorney General or his representative, Alexandra Benton, by mail at 323 Center Street, Suite 200, Little Rock, Arkansas 72201, or by email at Alexandra.Benton@ArkansasAG.gov.

WITNESS my hand this 28nd day of February, 2024.

 

**TIM GRIFFIN**
**ATTORNEY GENERAL**

By: _/s/ A. Benton_____
Alexandra C. Benton, Deputy Attorney General
Ark. Bar No. 2019154
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone: (501) 682-3584
Email: Alexandra.Benton@ArkansasAG.gov

## AFFIDAVIT OF CUSTODIAN OF RECORDS

Before me, the undersigned authority, the following person appeared, and who, after being duly sworn, stated as follows:

1. My name is_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2. I am the Custodian of Records of_____.

3. Hereto, are attached_____page(s) of records of said entity, which are kept in the regular course of business, and it was the regular practice of said entity for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time or reasonably soon thereafter.

4. The attached records are the original or exact duplicates of the original.

_____   _____
Custodian's Printed Name            Custodian's Signature

SUBSCRIBED AND SWORN to before me this_____day of_____, 20___.

_____
NOTARY PUBLIC

My Commission Expires:

_____
(SEAL)