**Ron Burnett**
___

| | |
|---|---|
| From: | bart schulz <bartschulz.srpas@yahoo.com> |
| Sent: | Tuesday, February 27, 2024 7:11 AM |
| To: | Ron Burnett |
| Subject: | Re: Matt Reynolds |

Good morning. I don't see any attachments.
Could you please re-send? Thank you.

Sent from Yahoo Mail for iPhone

On Monday, February 26, 2024, 5:27 PM, bart schulz <bartschulz.srpas@yahoo.com> wrote:

> Thank you, sir. I am getting this information over to our house staff, and we will see what we can figure out.
>
> Sent from Yahoo Mail for iPhone
>
> On Monday, February 26, 2024, 1:05 PM, Ron Burnett <rburnett@hbfirm.net> wrote:
>
>> Mr. Schulz:
>>
>> Please see attached documents that I am providing to you on behalf of my client, Matt Reynolds. I believe you have already discussed this with Matt.
>>
>> Please let me know if you need anything else.



RONALD S. BURNETT, JR.

Phone (870) 268-7608  Fax (870) 268-7607

Email rburnett@hbfirm.net

740 Southwest Drive • PO Box 1149

Jonesboro, AR  72403

1

**\* \* \* \* CONFIDENTIALITY NOTICE \* \* \* \***

The information contained in this e-mail, and in any attachment, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein, is strictly prohibited. If you have received this e-mail in error, please immediately notify sender by return e-mail and delete this e-mail from your system. Additionally, Hurst Burnett PLC attempts to sweep e-mail and attachment for viruses, it does not guarantee that either is virus-free and accepts no liability for any damage sustained as a result of viruses. Thank you.

PLEASE NOTE: The Missouri Bar Disciplinary Counsel requires that I notify you of the following: (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from you to me or vice versa, and (3) persons not participating in our communications may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications in this manner. If you desire our future communications to be sent in a different fashion, please contact me immediately so that I can accommodate your request.

# Ron Burnett

| | |
|---|---|
| **From:** | Ron Burnett |
| **Sent:** | Tuesday, February 27, 2024 7:14 AM |
| **To:** | bartshulz.srpas@yahoo.com |
| **Subject:** | FW: Matt Reynolds |
| **Attachments:** | Operating Agreement - Hyades Holding.pdf; 9-19-23 - DE - Formation Document - Hyades Holding LLC.pdf; 10-11-23 - AR - Formation Document - Sandy Holding LLC.pdf; OperatingAgreement - SingleMember -- Sandy Holding LLC.pdf |

Mr. Schulz:

The documents are attached.



RONALD S. BURNETT, JR.

Phone (870) 268-7608   Fax (870) 268-7607
Email rburnett@hbfirm.net

740 Southwest Drive • PO Box 1149
Jonesboro, AR 72403

---

**From:** Cristina Donahoe, Sharp County Title, Inc. <cristina@sharpcountytitle.net>
**Sent:** Monday, February 26, 2024 5:06 PM
**To:** Ron Burnett <rburnett@hbfirm.net>
**Subject:** Fwd: Info that we MUST have NOW


---------- Forwarded message ---------
From: **Assect** <cfarmbase@gmail.com>
Date: Mon, Feb 26, 2024 at 3:50 PM
Subject: Re: Info that we MUST have NOW
To: Cristina Donahoe, Sharp County Title, Inc. <cristina@sharpcountytitle.net>


Cristi,

Please see attached documents. The signer for closing will be Hualan Zhong; will follow up with a resolution shortly.

Thank you


On Mon, Feb 26, 2024 at 12:36 PM Cristina Donahoe, Sharp County Title, Inc. <cristina@sharpcountytitle.net> wrote:

Hi All!

We are hoping to have the title commitment finished up today and the HUD for your review tomorrow. I need the following documents today to make all that happen.

Documents for Sandy Holding LLC 1) Operating Agreement 2) memorandum of action signed by all members 3) organizational documents (articles of incorporation and operating agreement)

Documents for Hyades Holdings, LLC 1) Operating Agreement 2) memorandum of action signed by all members 3) organizational documents (articles of incorporation and operating agreement)

Thank you Cristi

On Mon, Feb 26, 2024 at 12:04 PM Pam Welch <pwelch@mossyoakproperties.com> wrote:
> Buyers, Christie will respond to this email with exactly what is needed. You will need to send it within the next few hours!



--
Thank You, Cristi

Be kinder than necessary, for everyone you meet is fighting some kind of battle in their journey.

Cristina Donahoe
Sharp County Title, Inc.
680 Ash Flat Drive
PO Box 478

2

Ash Flat, AR 72513
870-994-2111 fax 870-994-2880
cristina@sharpcountytitle.net

NOTICE OF CONFIDENTIALITY. The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please contact the sender and destroy all records of the transmission.

--
Thank You, Cristi

Be kinder than necessary, for everyone you meet is fighting some kind of battle in their journey.

Cristina Donahoe
Sharp County Title, Inc.
680 Ash Flat Drive
PO Box 478
Ash Flat, AR 72513
870-994-2111 fax 870-994-2880
cristina@sharpcountytitle.net

NOTICE OF CONFIDENTIALITY. The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please contact the sender and destroy all records of the transmission.