iMessage
Feb 24, 2024, 12:30 PM

info@bartschulz.com

This is our lawyers number Ron Burnett +1 (870) 897-4044

Feb 26, 2024, 2:50 PM

Hey buddy, I was in a meeting, I got the information. I will send it to Constituant Services, and we will go from there. Thanks.

Sent with Siri

Ok appreciate it

Feb 27, 2024, 10:23 AM

Can I call you later?

Yes sorry to bother you thank

  

> Yes sorry to bother you thank you

**Feb 27, 2024, 5:00 PM**

Alex from the attorney generals office just left an email for your attorney. Hopefully, he can get back to her this evening.

> Okay I sure do appreciate

Yes sir

**Mar 23, 2024, 9:22 AM**

Good morning. I was just wondering if there were any updates on the whole crypto issue? I haven't heard anything from anyone in a while.

Sent with Siri







Sent with Siri

> Morning sir yes so far everything is stopped I don't know if they actually found out if they were Foreign Entities or not but all the Information about there names and stuff were

OK, that is the last I had heard as well. If you get any updates, please let me know. Have a good weekend.



> You have a good weekend as well I sure will let you know if I hear anything thank you again for your help with this

May 13, 2024, 8:50 AM

Good morning. Any updates on

May 13, 2024, 8:50 AM

Good morning. Any updates on the crypto deal?

No Sir I haven't heard any updates from Ag office but I did get out of the contract with them so far everything has been quiet have you heard anything new about it

Ok, is your land across from Doug Masoners house, by the sub station?

Yes Sir it is

Ok, can you call me?

May 13, 2024, 12:37 PM

