IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONES EAGLE LLC**  **PLAINTIFF**

v.  Case No. 4:24-cv-00990-KGB

**WES WARD, in his official capacity
as the Secretary of the Arkansas Department of Agriculture,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is attorney Asher Steinberg's motion to withdraw as counsel for defendants (Dkt. No. 78). Steinberg represents that he will be leaving the Office of the Arkansas Attorney General on November 10, 2025 (*Id.*). Steinberg represents that defendants will continue to be represented by other counsel of record from the Office of the Attorney General (*Id.*). For good cause shown, the Court grants the motion and relieves Steinberg as counsel for defendants in this case.

It is so ordered this 17th day of November, 2025.

_____
Kristine G. Baker
Chief United States District Judge