IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONES EAGLE LLC**  PLAINTIFF

v.  Case No. 4:24-cv-00990-KGB

**WES WARD, in his official capacity
as the Secretary of the Arkansas Department of Agriculture,** *et al.*  DEFENDANTS

## ORDER

Before the Court is plaintiff Jones Eagle, LLC's ("Jones Eagle") notice of supplemental exhibits to motion to compel defendants' disclosures and discovery production (Dkt. No. 77). The time for filing objections to the motion has passed. Jones Eagle proposes adding two additional exhibits to its prior motion to compel defendants' disclosure and discovery production (Dkt. No. 74). The Court grants Jones Eagle's notice of supplemental exhibits to motion to compel defendants' disclosures and discovery production (Dkt. No. 77). Exhibits 13 and Exhibits 14 shall be included in Jones Eagle's motion to compel defendants' disclosure and discovery production (Dkt. No. 74).

It is so ordered this 20th day of November, 2025.

_____
Kristine G. Baker
Chief United States District Judge