IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONES EAGLE LLC**                                                      **PLAINTIFF**

**v.**            **Case No. 4:24-cv-00990-KGB**

**WES WARD, in his official capacity
as the Secretary of the Arkansas Department of Agriculture,** *et al.*     **DEFENDANTS**

# ORDER

Before the Court is plaintiff Jones Eagle, LLC's ("Jones Eagle") motion for leave to file reply in support of motion to compel defendants' disclosures and discovery production (Dkt. No. 82). Jones Eagle previously filed a motion to compel defendant's disclosures and discovery production on November 5, 2025 (Dkt. No. 74). Defendants Wes Ward, Tim Griffin, and the State of Arkansas ("Defendants") filed their response in opposition to the motion on November 20, 2025 (Dkt. No. 81). Jones Eagle now requests leave to file a reply to Defendants' response (Dkt. No. 82, ¶ 5).

The Court grants Jones Eagle's motion for leave to file reply in support of motion to compel defendants' disclosures and discovery production (Dkt. No. 82). Jones Eagle shall have until, and including, December 1, 2025, to file a reply in support of its motion to compel defendant's disclosures and discovery production (*Id.*).

It is so ordered this 24th day of November, 2025.

_____
Kristine G. Baker
Chief United States District Judge