IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONES EAGLE, LLC *f/k/a*　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
JONES DIGITAL, LLC

**CASE NO.: 4:24-CV-00990-KGB**

WES WARD, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

**ATTORNEY GENERAL GRIFFIN'S
MOTION FOR CLARIFICATION AND RECONSIDERATION**

Attorney General Griffin, in support of his motion for clarification and reconsideration, states:

1. The Court entered an order on January 30, 2026, regarding materials produced by the Attorney General with redactions subject to the attorney work product privilege.

2. For the reasons stated in the accompanying brief in support, which is incorporated by reference, Attorney General Griffin requests the Court clarify—and even reconsider—its order on the Attorney General's work-product materials.

3. The Court's conclusions are based on erroneous application of the controlling law and also predicated on clearly erroneous facts. *See Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (internal quotation omitted) ("Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence.").

WHEREFORE, Defendant Tim Griffin requests that the Court either reconsider its motion to compel the documents withheld on the basis of attorney work product on the basis of the nuances explored in the brief in support, or alternatively, requests that the Court clarify (1) how emails sent after the commencement of the litigation go toward standing disputes (2) how discussion surrounding the steps to be taken to enforce the statue court subpoena have placed mental

impressions at issue when the fact of the subpoena has already been established, (3) what the Court means by producing unredacted versions of documents that have already been produced, (4) how the Court has found implied waiver absent that argument being raised and absent applicable case law, (5) the expected date of the production ordered by the Court.

                              Respectfully submitted,

                              TIM GRIFFIN
                              Attorney General

By:  Jordan Broyles, Ark. Bar No. 2015156
       Senior Assistant Attorney General
       Madalyn Goolsby, Ark. Bar No. 2024283
       Assistant Attorney General
       Ryan Hale, Ark. Bar No. 2024310
       Senior Assistant Attorney General

       Office of the Attorney General
       101 W. Capitol Ave.
       Little Rock, AR 72201
       (501) 295-7419
       (501) 682-2591 fax
       jordan.broyles@arkansasag.gov

       *Attorneys for Defendants*