IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONES EAGLE LLC**                                                                                       **PLAINTIFF**

**v.**                                    **Case No. 4:24-cv-00990-KGB**

**WES WARD, in his official capacity**
**as the Secretary of the Arkansas Department of Agriculture,** *et al.*        **DEFENDANTS**

## ORDER

Before the Court is defendants Wes Ward, in his official capacity as the Secretary of the Arkansas Department of Agriculture, Tim Griffin, in his official capacity as the Attorney General of Arkansas, and the State of Arkansas's (collectively "Defendants") motion for clarification and reconsideration (Dkt. No. 92). Plaintiff Jones Eagle, LLC ("Jones Eagle") responded to the motion (Dkt. No. 94). The Court has the motion for reconsideration under advisement and writes now to set a deadline for Defendants to file a reply, should they choose to do so.

In their motion for reconsideration, in part, Defendants argue that the Court should not have addressed implied waiver of opinion work product, claiming Jones Eagle did not argue such a claim in its motion to compel (Dkt. No. 93, at 5).

Defendants did not meaningfully address whether they are entitled to any opinion work product privilege in their briefing on the motion to compel (Dkt. No. 81, at 5–8) or during the hearing on the motion to compel before the Court (Dkt. No. 90). Even now in their motion for clarification and reconsideration, Defendants do not affirmatively argue that they are entitled to any opinion work product privilege (Dkt. No. 93, at 5–6).

The Court sets a deadline by 5:00 p.m. CST Friday, February 13, 2026, for Defendants to file a reply, if they choose to do so, that addresses whether Defendants are entitled to any opinion work product privilege for the documents Defendants seek to withhold from production pursuant

to the work product privilege and, if so, whether Defendants waived opinion work product privilege as to any or all documents Defendants seek to withhold from production under the facts and circumstances of this case. Along with these issues, Defendants may address in reply any other issues they choose to address. To the extent necessary, Defendants may make this filing under seal with a contemporaneous unsealed filing that redacts the necessary portions of the filing at this stage.

It is so ordered this 11th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge