# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JONES EAGLE, LLC**                                                                    **PLAINTIFF**

**VS.**                         **NO. 4:24-cv-990-KGB**

**WES WARD, et al.**                                                         **DEFENDANT**

## JONES EAGLE, LLC'S SECOND MOTION FOR DISCOVERY SANCTIONS

Plaintiff Jones Eagle, LLC ("Jones Eagle") moves for discovery sanctions against defendant Arkansas Attorney General Tim Griffin ("the Attorney General") pursuant to Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure. For its motion, Jones Eagle states:

1.    On January 30, 2026, the Court ordered the Attorney General to supplement its discovery responses, answer certain questions regarding Defendants' preservation of ESI in writing on the record, and submit an affidavit from the person(s) with knowledge regarding ESI preservation (or lack thereof). Dkt. No. 91.

2.    The Attorney General did not comply with the Court's Order.

3.    Jones Eagle requests that the Court impose sanctions for the Attorney General's failure to obey the Court's order. Fed. R. Civ. P. 37(b)(2)(A).

4.    Jones Eagle requests that the Court order the Attorney General to pay its reasonable attorneys' fees and costs promptly. Fed. R. Civ. P. 37(a)(2)(C).

5.    Given the looming discovery cut-off, Jones Eagle requests that the Court enter an order shortening the Attorney General's response time to 9:00 p.m. on Thursday, February 19, 2026. Local Rule 7.2(b).

6. Jones Eagle requests a hearing on this motion and the initial motion for sanctions (Dkt. Nos. 95-96) and the Defendants' motion for clarification or reconsideration (Dkt. No. 92) at the Court's next-available docket setting.

7. Since first receiving the Attorney General's initial discovery responses in September 2025, Jones Eagle has extensively conferred with the Attorney General about the issues giving rise to the Court's discovery order compelling discovery compliance (Dkt. No. 91). Those conferral efforts have failed to resolve these discovery disagreements, and further judicial intervention is necessary. Local Rule 7.2(g).

8. Jones Eagle submits a brief supporting this motion. Local Rule 7.2(a).

9. Jones Eagle submits in support of this motion the following exhibits:

- Exhibit 1: The Attorney General's Fourth Supplemental Answers to Plaintiff's First Set of Interrogatories.

- Exhibit 2: Cover Letter and Subpoena and Cover to Sharp County Title, Inc.

- Exhibit 3: Act 636 Investigation List (OAG-004134).

- Exhibit 4: Defendants' Initial Disclosures (April 4, 2025).

- Exhibit 5: Email referencing Robert Coon's client list (OAG-004108-4109).

- Exhibit 6: Fort Smith Emails (OAG-000099-000109).

- Exhibit 7: Correspondence between A. Benton and J. Broyles regarding Act 636 subpoena to Sharp County Title, Inc. (OAG-004160-4161).

- Exhibit 8: Jones Eagle's Subpoenas Duces Tecum to Verizon.

- Exhibit 9: Attorney General's preservation letter to Arkansas Oil and Gas Commission.

- Exhibit 10: Written Communications with Pam Welch (JE Subpoena 229-235).

WHEREFORE, plaintiff Jones Eagle, LLC requests that the Court enter an order (1) imposing appropriate sanctions to remedy its prejudice from the Attorney General's failure to obey the Court's discovery order of January 30, 2026; (2) shortening the Attorney General's response deadline to 9:00 p.m. on Thursday, February 19, 2026; (3) setting a hearing on the first sanction motions (Dkt. Nos. 95-96) and the Attorney General's motion for clarification or reconsideration (Dkt. No. 92), and the instant motion at the Court's next-available docket setting; and (4) all other relief to which it is entitled.

*Respectfully submitted,*

Frederick H. Davis
Alexander T. Jones
McKenzie L. Raub
KUTAK ROCK LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
frederick.davis@kutakrock.com
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com

Peyton C. Watts
KUTAK ROCK LLP
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

Robert S. Chang*
Shaleen Shanbhag*
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (949) 824-3034
rchang@law.uci.edu
sshanbhag@law.uci.edu

Paul L. Hoffman*
Director of the Civil Rights Litigation Clinic
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (310) 717-7373
hoffpaul@aol.com

*Attorneys for Plaintiff Jones Eagle, LLC*
*\*Admitted Pro Hac Vice*