IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONES EAGLE LLC**                                                                                     **PLAINTIFF**

v.                            **Case No. 4:24-cv-00990-KGB**

**WES WARD, in his official capacity**
**as the Secretary of the Arkansas Department of Agriculture,** *et al.*           **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jones Eagle, LLC ("Jones Eagle") and defendants Wes Ward, Tim Griffin, and State of Arkansas's ("Defendants") joint motion for extension of time to conduct discovery (Dkt. No. 101). The current discovery deadline is February 26, 2026, and motions, including those related to experts, are due March 13, 2026 (Dkt. No. 73). The parties request that the Court extend the discovery deadline until March 12, 2026, and the deadline for motions and *Daubert* motions until March 27, 2026 (Dkt. No. 101, ¶ 2). The parties represent that they require additional time to complete discovery, including depositions (*Id.*, ¶ 4). The parties do not seek to modify any other aspect of the case schedule, including the current trial deadline (*Id.*, ¶ 6).

For good cause shown, the Court grants the parties' joint motion for extension of time to conduct discovery (*Id.*). The discovery deadline shall be extended to, and including, March 12, 2026. The deadline for motions and *Daubert* motions shall be extended to, and including, March 27, 2026. The Court will enter by separate Order an amended scheduling order.

It is so ordered this 18th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge