IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONES EAGLE LLC**                                                                                               **PLAINTIFF**

v.                            Case No. 4:24-cv-00990-KGB

**WES WARD, in his official capacity**
**as the Secretary of the Arkansas Department of Agriculture,** *et al.*                **DEFENDANTS**

## ORDER

Before the Court are plaintiff Jones Eagle, LLC's ("Jones Eagle") motion for leave to file reply in support of second motion to compel (Dkt. No. 143) and motion for leave to file exhibits under seal (Dkt. No. 145).

Jones Eagle previously filed a second motion to compel defendants' disclosures and discovery production (Dkt. No. 111) and defendants Wes Ward, in his official capacity as the Secretary of the Arkansas Department of Agriculture, and Tim Griffin, in his official capacity as the Attorney General of Arkansas ("Defendants"), filed a response (Dkt. No. 140). Jones Eagle now seeks leave to file the proposed reply attached as exhibit 1 to the motion (Dkt. No. 143). Jones Eagle represents that it has requested Defendants' position on whether they oppose the motion but that Jones Eagle has not yet heard Defendants' position (*Id.*).

Defendants also filed a motion to compel in this matter (Dkt. No. 114). Defendants filed the exhibits in that motion under seal (*Id.*, at 2). Jones Eagle responded to Defendants' motion to compel (Dkt. No. 144). Jones Eagle now seeks leave to file under seal the exhibits referenced in and in support of its response pursuant to the protective Order (Dkt. No. 145).

For good cause shown, the Court grants Jones Eagle's motion for leave to file reply in support of second motion to compel (Dkt. No. 143) and motion for leave to file exhibits under seal (Dkt. No. 145). Given that the Court previously set a hearing in this matter for March 16, 2026

(Dkt. No. 127), Jones Eagle shall have until, and including, March 15, 2026, to file its proposed reply brief attached as exhibit 1 to its motion for leave to file reply in support of second motion to compel (Dkt. No. 143).  Jones Eagle may also file under seal its exhibits referenced in and in support of its response to Defendants' motion to compel (Dkt. No. 145)

    It is so ordered this 13th day of March, 2026.

                                                                   _____
                                                                   Kristine G. Baker
                                                                   Chief United States District Judge