## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JONES EAGLE, LLC**                                                      **PLAINTIFF**

**VS.**                                **NO. 4:24-cv-990-KGB**

**WES WARD, et al.**                                                      **DEFENDANTS**

### JONES EAGLE'S STATUS REPORT REGARDING CHEN DEPOSITION

Pursuant to the Court's order of March 25, 2026 (Dkt. No. 158), Plaintiff Jones Eagle, LLC ("Jones Eagle") submits its status report regarding the status of motions pertaining to Qimin "Jimmy" Chen's deposition:

1.    On March 25, 2026, the Court directed the Parties to file a status report with the Court on or before April 1, 2026, upon the completion of the remote deposition of Mr. Chen to inform the Court of the status of pending motions related to Mr. Chen's deposition (Dkt. Nos. 100, 108).

2.    On March 30, 2026, Mr. Chen appeared and gave testimony by remote deposition in both his personal capacity and as Jones Eagle's Rule 30(b)(6) representative.

3.    Mr. Chen's remote deposition was concluded without issue.

4.    Mr. Chen voluntarily testified for more than 7 hours. *See* Fed. R. Civ. P. 30(d)(1).

5.    The Parties have conferred but have not reached clear agreement.

6.    Jones Eagle states the relevant motions are moot (Dkt. Nos. 100, 108).

7.    Jones Eagle objects to any further deposition testimony sought from Mr. Chen. Fed. R. Civ. P. 30(a)(2)(A)(ii); Dkt. No. 157 at ¶¶ 3-5; Dkt. No. 121 at 1.

WHEREFORE, Plaintiff Jones Eagle, LLC hereby submits its status report pursuant to the Court's order of March 25, 2026.

Date: April 1, 2026

*Respectfully submitted,*

Frederick H. Davis
Alexander T. Jones
McKenzie L. Raub
KUTAK ROCK LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
frederick.davis@kutakrock.com
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com

Peyton C. Watts
KUTAK ROCK LLP
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

Robert S. Chang*
Shaleen Shanbhag*
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (949) 824-3034
rchang@law.uci.edu
sshanbhag@law.uci.edu

Paul L. Hoffman*
Director of the Civil Rights Litigation Clinic
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (310) 717-7373
hoffpaul@aol.com

*Attorneys for Plaintiff Jones Eagle, LLC*
*\*Admitted Pro Hac Vice*

2