### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JONES EAGLE, LLC**                                                          **PLAINTIFF**

**VS.**                                    **NO. 4:24-cv-990-KGB**

**WES WARD, et al.**                                                          **DEFENDANTS**

### DEFENDANTS' STATUS REPORT

Defendants Secretary Ward and Attorney General Griffin hereby submit their status report pursuant to the Court's order of March 25, 2026 (Dkt. No. 158):

1.    On March 25, 2026, the Court directed the Parties to file a status report with the Court on or before April 1, 2026, upon the completion of the remote deposition of Qimin "Jimmy" Chen to inform the Court of the status of pending motions related to Mr. Chen's deposition (Dkt. Nos. 100, 108).

2.    On March 30, 2026, Jimmy Chen appeared and gave testimony by remote deposition in both his personal capacity and as Jones Eagle's designated representative under Fed. R. Civ. P. 30(b)(6).

3.    Jimmy Chen testified for less than 8 hours. *See* Fed. R. Civ. P. 30(d)(1).

4.    The Parties have conferred as to whether their relevant motions may be denied as moot (Dkt. Nos. 100, 108).

5.    At this time, Defendants are unable to agree that the motions are moot.

6.    During the deposition, counsel for Jones Eagle objected on various grounds and directed Mr. Chen not to answer questions as both the corporate designee and a fact witness. The questions were directly related to the causes of action and allegations of harm in this case.

7.    Defendants believe the objections may require the Court's review and determination of whether additional testimony is allowed.

8. Accordingly, Defendants would like additional time to review the deposition transcript to ensure that the motions are moot.

9. Defendants expect that the deposition transcript will be prepared for review before April 15, 2026, and request an extension until that date to provide a status report on the mootness of the relevant motions.

WHEREFORE, Defendants Secretary Ward and Attorney General Griffin hereby submit their status report with their request for an extension to April 15, 2026, pursuant to the Court's order of March 25, 2026.

Date: April 1, 2026

Respectfully submitted,

TIM GRIFFIN
Attorney General

Jordan Broyles, Ark. Bar No. 2015156
Senior Assistant Attorney General
Madalyn Goolsby, Ark. Bar No. 2024283
Assistant Attorney General
Ryan Hale, Ark. Bar No. 2024310
Senior Assistant Attorney General

Office of the Attorney General
101 W. Capitol Ave.
Little Rock, AR 72201
(501) 295-7419
(501) 682-2591 fax
jordan.broyles@arkansasag.gov
ryan.hale@arkansasag.gov
maddy.goolsby@arkansasag.gov

*Counsel for Defendants*