**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONES EAGLE, LLC**                                                                                      **PLAINTIFF**

**VS.**                                                    **NO. 4:24-cv-990-KGB**

**WES WARD, et al.**                                                                                     **DEFENDANT**

**PLAINTIFF JONES EAGLE, LLC'S FIRST MOTION FOR**
**PARTIAL SUMMARY JUDGMENT (NON-RETROACTIVITY)**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff Jones Eagle, LLC ("Jones Eagle") presents its first motion for partial summary judgment to seek entry of declaratory judgment and permanent injunctive relief enforceable against defendants Wes Ward, Tim Griffin, and the State of Arkansas. For its motion, Jones Eagle states:

1.      Jones Eagle is entitled to partial summary judgment because Act 636 of 2023 and Act 174 of 2024 have no retroactive application to its leasehold ownership and business operations in Arkansas County, Arkansas.

2.      There is no genuine dispute as to any material fact.

3.      Jones Eagle is entitled to judgment as a matter of law.

4.      Jones Eagle is entitled to a declaratory judgment and permanent injunction restraining any enforcement attempts by the Attorney General against Jones Eagle under Act 636 of 2023 or Act 174 of 2024.

5.      Jones Eagle continues to seek to establish the proper scope of permanent injunctive relief through trial testimony.

6.      In support of this motion, Jones Eagle submits a memorandum brief in support and a statement of undisputed material facts.

*Respectfully submitted,*

Frederick H. Davis
Alexander T. Jones
McKenzie L. Raub
KUTAK ROCK LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
frederick.davis@kutakrock.com
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com

Peyton C. Watts
KUTAK ROCK LLP
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

Robert S. Chang*
Shaleen Shanbhag*
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (949) 824-3034
rchang@law.uci.edu
sshanbhag@law.uci.edu

Paul L. Hoffman*
Director of the Civil Rights Litigation Clinic
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (310) 717-7373
hoffpaul@aol.com

*Attorneys for Plaintiff Jones Eagle, LLC*
*\*Admitted Pro Hac Vice*

2