**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONES EAGLE, LLC** *f/k/a*                                                           **PLAINTIFF**
**JONES DIGITAL, LLC**

**CASE NO.: 4:24-CV-00990-KGB**

**WES WARD, et al.**                                                                      **DEFENDANTS**

**ADDENDUM TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Attorney General Griffin, Secretary Ward, and the State of Arkansas (collectively, "Defendants"), for their addendum to their Motion to Summary Judgment (ECF No. 175), state:

1.      Defendants relied upon six exhibits in support of their motion for summary judgment, brief in support (ECF No. 176), and Statement of Undisputed Material Facts (ECF No. 177).

2.      When filing the exhibits with the motion, an error message came through due to the size of the exhibits.

3.      The same day, Defendants submitted these exhibits to the Clerk of the Court via email.

4.      The Clerk provided instructions on the rejection error. Exhibit D was too large to be accepted by PACER. Exhibit D is now broken up into D-Part 1, D-Part 2, and D-Part 3.

5.      Undersigned has followed the Clerk's instructions and submits Exhibits A, D-Part 1, D-Part 2, D-Part 3, E, and F in support of their motion.

6.      Exhibits B and C are separately being handled by motion to file under seal. ECF No. 174.

WHEREFORE, Defendants respectfully submit these exhibits in support of their Motion.

Respectfully submitted,

TIM GRIFFIN
Attorney General

Jordan Broyles, Ark. Bar No. 2015156
Senior Assistant Attorney General
Madalyn Goolsby, Ark. Bar No. 2024283
Assistant Attorney General
Ryan Hale, Ark. Bar No. 2024310
Senior Assistant Attorney General

Office of the Attorney General
101 W. Capitol Ave
Little Rock, AR 72201
(501) 301-0169
(501) 682-2591 fax
jordan.broyles@arkansasag.gov
maddy.goolsby@arkansasag.gov
ryan.hale@arkansasag.gov

*Counsel for Defendants*

2