Case 4:24-cv-00990-KGB   Document 190   Filed 04/13/26   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONES EAGLE LLC**                                                                          **PLAINTIFF**

**v.**                                           **Case No. 4:24-cv-00990-KGB**

**WES WARD, in his official capacity**
**as the Secretary of the Arkansas Department of Agriculture,** *et al.*          **DEFENDANTS**

**<u>ORDER</u>**

Before the Court are plaintiff Jones Eagle, LLC ("Jones Eagle") and defendants Wes Ward, in his official capacity, Tim Griffin, in his official capacity, and the State of Arkansas's (collectively "Defendants") third joint status report (Dkt. No. 159) and Jones Eagle's supplemental status report (Dkt. No. 189).

On March 17, 2026, based on the parties' arguments at the March 16, 2026, hearing and consistent with any of the Court's rulings with respect to Jones Eagle's motion to remove confidentiality designations from documents labeled OAG-004253 to OAG-004313 and request for expedited consideration and response (Dkt. No. 122), the Court directed the parties to confer regarding the list of names discussed during the under-seal hearing on these documents and to submit to the Court under seal a written status report, either jointly or separately, within 14 days of the March 16, 2026, hearing advising the Court on the parties' positions and the positions of those third-party individuals discussed in the documents (Dkt. No. 156, at 1).

The Court instructed the parties that, pursuant to the Court's oral ruling, documents labeled OAG-004253 to OAG-004313 are to remain designated as confidential until the expiration of the 14 days and until the Court issues further order on potential redaction of the documents (*Id.*).

On March 30, 2026, the parties submitted their third joint status report (Dkt. No. 159). The parties represent that they have "conferred and reached an agreed-upon proposal for submission under seal as part of this third joint status report" (*Id.*, ¶ 3).

The Court finds the parties' agreed redactions as set forth in their third joint status report to be satisfactory. The Court hereby Orders that the documents labeled OAG-004253 to OAG-004313 with the parties' agreed upon redactions; agreed upon confidentiality designations, if any; and consistent with any of the Court's rulings at the March 16, 2026, hearing, should be produced by the Attorney General to Jones Eagle and may be used and relied upon by the parties consistent with the terms of this Order.

It is so ordered this 13th day of April, 2026.

Kristine G. Baker
Chief United States District Judge

2