**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONES EAGLE, LLC**                                                                                    **PLAINTIFF**

**VS.**                                                      **NO. 4:24-cv-990-KGB**

**WES WARD, et al.**                                                                                    **DEFENDANTS**

**JONES EAGLE, LLC'S MOTION TO RESET BENCH TRIAL AND**
**TO SET FINAL PRETRIAL CONFERENCE**

Plaintiff Jones Eagle, LLC ("Jones Eagle") moves for an order to reset the bench trial and to set a final pretrial conference in this action. In support, Jones Eagle states:

1. On April 28, 2026, due to a scheduling conflict with a criminal trial, the Court removed this action from the trial calendar for the week of May 11, 2026, while noting the Court would set a new trial date by separate Order. *See* Dkt. No. 222 at 1.

2. Good cause exists for this amendment of the schedule since trial had to be reset to accommodate separate criminal proceedings. Fed. R. Civ. P. 16(b)(4).

3. Jones Eagle requests that the Court set the new trial date as soon as practicable to help secure the just, speedy, and inexpensive determination of this action and to expedite its disposition. Fed. R. Civ. P. 1; 16(a)(1).

4. To streamline the trial, Jones Eagle requests that the Court set a final pretrial conference under Fed. R. Civ. P. 16(e), to be convened as close to the start of trial as is reasonable, to resolve any outstanding motions which may remain pending at that time. Fed. R. Civ. P. 16(c)(2).

WHEREFORE, plaintiff Jones Eagle, LLC requests that the Court enter an amended scheduling order to set a new bench trial date in this action and to set a final pretrial conference to be convened as close to the start of trial as is reasonable.

*Respectfully submitted,*

Frederick H. Davis
Alexander T. Jones
McKenzie L. Raub
Andrew King
KUTAK ROCK LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
frederick.davis@kutakrock.com
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com
andrew.king@kutakrock.com

Peyton C. Watts
KUTAK ROCK LLP
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

Robert S. Chang*
Shaleen Shanbhag*
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (949) 824-3034
rchang@law.uci.edu
sshanbhag@law.uci.edu

Paul L. Hoffman*
Director of the Civil Rights Litigation Clinic
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (310) 717-7373
hoffpaul@aol.com

*Attorneys for Plaintiff Jones Eagle, LLC*

*\*Admitted Pro Hac Vice*

2