## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| **JONES EAGLE, LLC** | **PLAINTIFF** |
| **VS.**             **NO. 4:24-cv-990-KGB** | |
| **WES WARD, et al.** | **DEFENDANTS** |

### JONES EAGLE, LLC'S SECOND OMNIBUS SUPPLEMENT TO PENDING FILINGS

Plaintiff Jones Eagle, LLC ("Jones Eagle") again supplements its pending filings with newly uncovered evidence. Some emerged from Freedom of Information Act ("FOIA") requests submitted to defendant Wes Ward ("Defendant Ward") but which had existed and should have been produced in response to Jones Eagle's discovery requests to Defendants served July 31, 2025. Other new evidence came from supplemental responses to Jones Eagle's timely subpoenas to non-parties, which saw belated compliance. All have been produced to Defendants as discovery supplements. Jones Eagle incorporates its original omnibus supplement to pending filings (Dkt. No. 242) and its other pending requests for relief. Fed. R. Civ. P. 10(c). *See* Dkt. No. 242 at n.1.

### SUMMARY OF NEW EVIDENCE

On May 1, 2026, Defendant Ward produced a FOIA response including hundreds of pages of email communications between the Department of Agriculture and others, including Alexandra Benton and Arkansas State Representative Bart Schulz. Those communications are submitted as Exhibit 1 to this supplement.[1] Many discuss a comparator Bitcoin mining facility to be built directly adjacent to the parcel in Sharp County which Qimin "Jimmy" Chen had sought to

---

[1] The production set is JE002148-JE002341. Records custodians include party-defendant affiliates Alexandra Benton, Wes Ward, Doralee Chandler, Corey Seats, and others. Defendants withheld these from discovery production despite their responsiveness to Jones Eagle's discovery requests.

purchase. With those documents in hand, Jones Eagle returned to prior subpoena recipients to seek full compliance with its outstanding subpoenas.

Between May 18, 2026, and June 15, 2026, subpoena recipient Watt Stephens of OZ Capital produced dozens of pages of email and text message communications including state officials. Those communications addressed the Bitcoin mining facility his companies built next door to the parcel for which Jimmy Chen's transaction collapsed due to the intentional interference by the Attorney General. The communications show coordination between OZ Capital and Arkansas State Representative Bart Schulz, including Watt Stephens's emphasis on assurances he and his business partners were "American." That subpoena production was corroborated by production from Cave City, Arkansas in response to a FOIA Request.[2]

Representative Schulz's intervention in the Sharp County Bitcoin mining industry did not end when Jimmy Chen's purchase collapsed. Instead, the same state officials who had intervened to stop Jimmy Chen's project pivoted to support a Bitcoin mining project on the *directly adjacent* parcel of property in Sharp County led by persons they perceived to be "American." Representative Schulz communicated that pivot to Defendant Griffin's Deputy Attorney General Alexandra Benton, who informed Governor Sanders's lawyer, Chafer Stanley, and Defendant Ward's primary Act 636 investigator, Billy Black. The Attorney General did not issue a subpoena to investigate Watt Stephens. On the contrary, state officials helped coordinate the public relations campaign. That Bitcoin mine is operational today.

This compounds the prejudice from Alexandra Benton's non-preservation and ongoing non-consent to Apple, Inc.'s production of text message communications, particularly missing text message communications between Alexandra Benton, Chafer Stanley, Billy Black, and

---

[2] Jones Eagle gathered and produced these documents as JE002375-JE002433.

Representative Schulz. Defendants still offer no explanation for their lack of effort to restore those communications.

The newly produced evidence sheds light on Defendants' previous production and is additional evidence that Defendants engaged in pretextual and discriminatory treatment against Jones Eagle and its principal, Jimmy Chen. Defendants offer no lawful explanation for their favorable treatment of identical comparator companies. Instead, Defendants withheld many of these exchanges from discovery.

### STATE OFFICIALS HELPED RIVAL PERCEIVED AS "AMERICAN"

On May 9, 2024—the same day Act 174 was enacted—Watt Stephens communicated with Representative Schulz about his plans to build a Bitcoin mining facility next door to the site which Qimin "Jimmy" Chen had attempted to purchase from James "Matt" Reynolds.

> On Thursday, May 9, 2024, 3:59 PM, Watt Stephens <watt@oz-capital.com> wrote:
>
> Good Afternoon Representative Schulz,
>
> I hope you are doing well. I am reaching out to follow-up on our conversation we had with you in the Capitol outside the House chamber last week. I am glad we had the chance to introduce ourselves. We are closing on the land in Cave City that we told

> you about next week. We will be getting the project started soon after. You mentioned that the Mayor of Cave City had heard about our project and I wanted to see if you wouldn't mind introducing us?  We want to be good stewards to our neighbors and the Cave City community so any sort of outreach you think would be helpful, please let us know. Also, let me know if you have any questions or want to hop on a call to discuss the project.
>
> Thank you,
>
> Watt Stephens
>
> ████████████████████
>
> Delta Data Services, LLC

Ex. 1 at JE002209-JE002210 (personal identifying information redacted).

The next day, Representative Schulz forwarded that correspondence to Deputy Attorney General Alex Benton, saying "[f]or the cave city crypto guys."



Ex. 1 at JE002209.

Shortly thereafter, Alexandra Benton forwarded those emails to Governor Sanders's staffer Chafer Stanley and Department of Agriculture investigator Billy Black:

From: Alexandra Benton
Sent: Saturday, May 11, 2024 2:17 AM UTC
To: Billy Black; Chafer Stanley
Subject: FW: Cave City Build-out

You don't often get email from alexandra.benton@arkansasag.gov. Learn why this is important

FYSA – Crypto Mine wanting to come in Sharp County.

Alexandra C. Benton
Deputy Attorney General
Director, Office of Intergovernmental Affairs

Office of Attorney General Tim Griffin
323 Center Street, Suite 200
Little Rock, Arkansas 72201
ArkansasAG.gov
(501) 682-2007 (Main)
(501) 804-1637 (Cell/Text)
alexandra.benton@arkansasag.gov

**TIM GRIFFIN**
ATTORNEY GENERAL OF ARKANSAS

Ex. 1 at JE002209.

4

State officials began assisting Watt Stephens and his partners. As first docketed in support of Jones Eagle's first motion to compel, Representative Schulz contacted the seller in the collapsed transaction, James "Matt" Reynolds, to ask about adjacent parcels.



Dkt. No. 74-12 at 4.[3]

---

[3] Jones Eagle has requested but has not yet received the full communication from James "Matt" Reynolds, to include the image depicted on Dkt. No. 74-12 at 4.

Over the next year, Watt Stephens, his business partner Daniel Conover, Representative Schulz, and local governmental officials engaged in extensive communications to strategize how to present the Bitcoin mining project in a favorable light to the Sharp County community. Jones Eagle obtained hundreds of pages of that correspondence through FOIA requests and third-party civil discovery. *See* Ex. 2, at JE002380-JE002411.

On April 14, 2025, Representative Schulz texted Watt Stephens to warn about a "rumor mill" that had "reignited":



Ex. 2 at JE002424.

After coordinating logistics with Representative Schulz, Watt Stephens explained his goal was "to answer questions and show everyone we are American":



Ex. 2 at JE002432 (highlighting added).

Representative Schulz's reference to "Andrew something. Channel 7, I believe" was a reference to KATV's Andrew Mobley, who published a news story that same day.[4]

---

[4] Cave City citizens push back on cryptomine being built near their town. Mobley, Andrew, KATV Channel 7, available at https://katv.com/news/local/cave-city-citizens-push-back-on-cryptomine-being-built-in-their-town-meeting-dumb-kids-locals-artemis-technologies-arkansas-blockchain-council-power-requirements-bitcoin (accessed June 30, 2026).

In that news story Andrew Mobley interviewed both Representative Schulz and Watt Stephens. Representative Schulz stated, "when they started the dirt work here recently that got us all, you know, I guess you could say worked up." Representative Schulz stated, "we've worked hard in the legislature to stop that. So, I hope if these guys come they follow all the rules, and if they don't, we'll make sure they do." Watt Stephens stated, "we understand everyone's concerns and questions. You know we don't necessarily have to come out here an do this. But we want to, we want to show people we're real and care about their communities." Andrew Mobley stated in voice-over, "Artemis Technologies is American-owned and has a close relationship with the Arkansas Blockchain Council, an association of Arkansas cryptominers that has proven much more transparent and reputable than companies deemed bad actors by the state." Andrew Mobley cite no source when stating that Artemis Technologies was "American-owned."

**NEW DISCLOSURES SHED LIGHT ON DEFENDANTS' PREVIOUS PRODUCTION**

Beyond their standalone evidentiary weight, these new disclosures shed light on previous document productions by Defendants. Ex. 3, OAG-004088-OAG-004252. On December 12, 2023, Bob Brooks said, "I just asked Robbi if that chart we got from Robert Coon's client showed that Jones Digital was in the sphere of Green Digital, LLC."

From: Bob Brooks <bob.brooks@arkansasag.gov>
Date: Tuesday, December 12, 2023 at 11:51 AM
To: Alexandra Benton <alexandra.benton@arkansasag.gov>, Zach Mayo <zach.mayo@arkansasag.gov>, Robbi Riggs <robbi.riggs@arkansasag.gov>, Doralee Chandler <doralee.chandler@arkansasag.gov>
Subject: RE: DRAFT: Subpoena for Agri Land

I think this draft is very close to being ready to send. I just asked Robbi if that chart we got from Robert Coon's client showed that Jones Digital was in the sphere of Green Digital, LLC.

With the information you recovered about the land which Jones Digital, LLC is operating on In Arkansas County being leased by Rosie Farms, LLC (Lyle Foster) we should have somebody check the PACER file on the federal case to see if there is any indica of a lease in there. Otherwise, we may need to send a subpoena (perhaps we could do it on a more friendly basis) to Rosie Farms to see the lease as it is not recorded in the land records per our title search.

Alex, will you please have Zach on your staff go through the filings in the *Jones Digital* case to see if there is any facts we can glean from the pleadings?

Ex. 3 at OAG-004109 (highlighting added).

8

The next day, on December 13, 2023, Alexandra Benton stated, "NewRays Inc. is one of the entities that Robert's client had in the chart as tracing back to Greenland Holdings in China."

From: Alexandra Benton <alexandra.benton@arkansasag.gov>
Date: Wednesday, December 13, 2023 at 10:32 AM
To: Bob Brooks <bob.brooks@arkansasag.gov>, Zach Mayo <zach.mayo@arkansasag.gov>, Robbi Riggs <robbi.riggs@arkansasag.gov>, Doralee Chandler <doralee.chandler@arkansasag.gov>
Subject: Re: DRAFT: Subpoena for Agri Land

Bob,

In the Jones Digital complaint, they state their members are Alpha Digital One, LLC, Eagle Asset Holding, Inc., Beskor Balance, Inc., and NewRays Inc.  NewRays Inc. is one of the entities that Robert's client had in the chart as tracing back to Greenland Holdings in China.

Alpha Digital One, Eagle Asset Holding, Beskor Balance, and NewRays are all incorporated in Deleware.

Paragraph 111 of the complaint states that Jones Digital anticipates generating net revenue of no less than $6M during the initial **five-year period of its commercial lease agreement**.

Paragraph 120 states "Numerous individuals commented in support of passage of the October Ordinance at the October 10, 2023 meeting of the Arkansas County Quorum Court by criticizing the ownership of land by Chinese nationals as reasons to pass the October Ordinance." – Important to note that the complaint does not disclaim Chinese ownership.

Alexandra C. Benton
Deputy Attorney General

Ex. 3 at OAG-004108 (highlighting added).

The Attorney General now claims he has no "chart" from "Robert Coon's client." *Compare* Ex. 4, FOIA Request at ¶¶ 6, 24 *with* Ex. 5, FOIA Response at 1. Defendants have failed to identify "Robert Coon's client" in any of their discovery answers in this action. Defendants have given no explanation why they would investigate Jones Eagle based on that unnamed client's chart. Defendants failed to preserve investigatory materials for discovery in this action and any potential criminal proceedings under Act 636. That failure to preserve evidence reinforces Jones Eagle's pending motions requesting relief under Rule 37. *See* Dkt. Nos. 74, 95, 102, 111, and 219.

Moreover, these failures are positive evidence of Jones Eagle's due process claim. *See* Dkt. No. 1 at ¶¶ 164-171. "[T]he suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." *Brady v. Maryland*, 373 U.S. 83, 87

(1963). OAG-004108 and OAG-004109 show the Attorney General's Office relied on these documents to engineer its Act 636 investigation against Jones Eagle. Since Defendants were acting in a criminal investigative capacity under Act 636, these non-preserved materials establish Defendants' violations of Jones Eagle's rights to procedural due process. *See Jimerson v. Payne*, 957 F.3d 916, 931 (8th Cir. 2020) (affirming habeas relief "where the prosecutor and law enforcement acted in concert to not only conceal the contents of the recording but also effectively concealed the fact that a recorded conversation took place").

## CONCLUSION

This new evidence strengthens Jones Eagle's grounds for relief. Jones Eagle respectfully requests that the Court find good cause to consider these new materials in weighing all pending motions. In support of their requests for relief, Jones Eagle attaches the following documents:

| | |
|---|---|
| Exhibit 1: | Communications produced by the Department of Agriculture in response to post-discovery FOIA request. JE002148-JE002341; |
| Exhibit 2: | Communications produced in response to FOIA to Cave City, Arkansas and in response to subpoenas duces tecum to Watt Stephens' entities. JE002375-JE002433; |
| Exhibit 3: | Defendants' Production OAG-004088-OAG-004252; |
| Exhibit 4: | Freedom of Information Act Request of March 30, 2026; and |
| Exhibit 5: | Letter of April 20, 2026. |

WHEREFORE, Plaintiff Jones Eagle, LLC supplements the record with newly discovered evidence and other materials probative to the issues before this Court and reiterates its requests for relief in all pending motions before this Court, including Dkt. Nos. 102, 103, 111, 112, 178, 179, 180, 197, 218, 219, 223, 224, 226, 228, and 255.

Dated: July 6, 2026

*Respectfully submitted,*

Frederick H. Davis
Alexander T. Jones
McKenzie L. Raub
Andrew King
KUTAK ROCK LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
frederick.davis@kutakrock.com
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com
andrew.king@kutakrock.com

Peyton C. Watts
KUTAK ROCK LLP
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

Robert S. Chang*
Shaleen Shanbhag*
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (949) 824-3034
rchang@law.uci.edu
sshanbhag@law.uci.edu

Paul L. Hoffman*
Director of the Civil Rights Litigation Clinic
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (310) 717-7373
hoffpaul@aol.com

*Attorneys for Plaintiff Jones Eagle, LLC*

*\*Admitted Pro Hac Vice*