**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JONES EAGLE, LLC**                                                                     **PLAINTIFF**

**VS.**                                          **NO. 4:24-cv-990-KGB**

**WES WARD, et al.**                                                              **DEFENDANTS**

**JONES EAGLE, LLC'S SUPPLEMENT TO RESPONSE IN OPPOSITION TO
MOTION TO QUASH SUBPOENA TO TIM GRIFFIN**

**NEW DEVELOPMENTS DEMAND SUPPLEMENTATION**

Recent developments call for supplementation of plaintiff Jones Eagle, LLC ("Jones Eagle") response filed on May 6, 2026 (Dkt. No. 236) in opposition to defendant Tim Griffin's motion to quash subpoena filed on April 22, 2026. (Dkt. No. 205).

On May 11, 2026, the day trial was to have begun, the Attorney General produced 120 pages of previously undisclosed text messages involving the Attorney General. These text messages prove the Attorney General was directly involved in the Act 636 investigations giving rise to this action. Given their critical importance to the claims in this action, Jones Eagle submitted those text messages to the Court the very next day. Dkt. No. 242.

On May 15, 2026, the Attorney General filed a reply in support of the motion to quash. Dkt. No. 249. In that reply the Attorney General claims Jones Eagle "overemphasizes the Attorney General's level of personal involvement" and "does not demonstrate how such involvement cannot be explored through the testimony of the Office's agents." *Id.* at 1. Jones Eagle supplements its response to address the Attorney General's attempts to minimize his personal involvement.

This month the Attorney General has given repeated public comments about his motivations underlying the investigations giving rise to Jones Eagle's claims. The record shows the Attorney General orchestrated the Act 636 investigation of Jones Eagle since its inception. The Court must analyze his motivations to resolve the claims before it. The Attorney General's testimony is unique and necessary, and the Court should deny his motion to quash.

**TIMELINE OF THE ATTORNEY GENERAL'S PRE-REFERRAL INVESTIGATION**

On October 26, 2023, the Attorney General attended a campaign fundraiser at the home of Albert Braunfisch, 42 Edgehill Road, Little Rock, Arkansas 72207. Ex. 1, Campaign Contribution and Expenditure Report of Attorney General Griffin, January 17, 2024. On the same day of that campaign fundraiser, Impact Management Group lobbyists Robert Coon, Terry Benham, and Rick Bearden contributed $3,000 to the Attorney General's reelection campaign. *Id.* Contemporaneous communications reveal that the Attorney General's pre-referral investigation of Jones Eagle was based, at least in part, on information provided by "Robert Coon's client."

The Attorney General's pre-referral investigation of Jones Eagle began nearly immediately after that fundraiser of October 26, 2023. From October 28, 2023, to November 4, 2023, the Attorney General was traveling on a foreign trip to South Korea. *Compare* Ex. 2, Statement of Financial Interest of John Timothy Griffin, submitted Jan. 29, 2024, at 15 (itemizing expenses paid by Attorney General Alliance including $14,784.95 for trip from October 28-November 4, 2023) *with* Ex. 3, Michael R. Wickline, "Nonprofit paid $18,000 for Griffin, family to attend conference in Rome, AG spokesman says," at 4 (emphasis added), *Arkansas Democrat-Gazette*, May 7, 2025 (accessed July 29, 2026) ("Griffin reported that the expenses paid by the Attorney General Alliance for Griffin included $14,784.95 for expenses from Oct. 28-Nov. 4, 2023 […] At that time, Griffin

said U.S. senators and congressmen historically have been invited to Korea, but state attorneys general have been invited to South Korea only in recent years.").

Records produced by the Attorney General show Deputy Attorney General Alexandra Benton "gave" the Attorney General "a report right before he left for South Korea" on October 28, 2023, about her investigations "into 16 known or suspected data mining sites in Arkansas." Ex. 4, at OAG-004104. It appears that Alexandra Benton gave the Attorney General that investigative report sometime between his campaign fundraiser on October 26, 2023, and the Attorney General's departure on October 28, 2023.

On November 1, 2023, Jones Digital, LLC, Jones Eagle's predecessor-in-interest, filed its first federal civil action to challenge a county ordinance as preempted under Arkansas law. *Jones Digital, LLC v. Arkansas County, Arkansas et al.*, E.D. Ark. Case No. 2:23-CV-220-LPR. The next day, November 2, 2023, investigator Walter Mahone wrote to Matthew Ford, formerly an attorney with the Attorney General's office and now an attorney with the Department of Agriculture. Ex. 4, at OAG-004107. Walter Mahone asked, "is there an attorney or investigator in your department looking into the crypto mining going on in Arkansas County?" *Id.* On November 3, 2023, Matthew Ford inaccurately answered, "we are not actively investigating any of the crypto mines." *Id.* at OAG-004106.

Later that day, Alexandra Benton corrected Matthew Ford. The Attorney General *was* investigating Jones Eagle's Bitcoin mine in Arkansas County:

> Robbi and I are currently looking into 16 known or suspected data mining sites in Arkansas. The Arkansas County property is especially on our radar – but it is not clear yet whether the business is Chinese owned, and it is also not clear the length of the lease at issue and whether that fits into the statutory language of the bill […] ***I gave Tim a report right before he left for South Korea, so we are early days, and haven't even issued a subpoena yet.***

*Id.* at OAG-004104.

Several days later, on November 8, 2023, defendant Wes Ward emailed Alexandra Benton with a subject line "Locations." Wes Ward wrote, "Here is what we have found so far. Please let us know if we can help in any way." Ex. 5, JE002148. This "help" came over a month before the Department's Act 636 referral letter.

On November 9, 2023, the Arkansas Department of Environmental Quality conducted a highly irregular inspection of Jones Eagle's site. Indeed, Alexandra Benton later described that inspection as a "collateral attack by Rep. Jeremiah Moore." Ex. 6, OAG-004455.

On December 4, 2023, *Arkansas Business* published an article about the preliminary injunction order issued by Judge Rudofsky, entitled "Bitcoin Miner Wins a Round in Dewitt, but Fight Goes On." At 11:55 a.m. that morning, Wes Ward forwarded that article to his investigators, Justin Smith and Billy Black, asking, "Do we have anything at all that can be used to demonstrate the ownership of this facility?" Ex. 7, Ward Email to Smith and Black (Ex. 20 at PI Hearing). At 1:42 p.m. that afternoon, Wes Ward forwarded that article to Governor Sarah Sanders's lawyers, Chafer Stanley and Cole Jester. Ex. 8, Ward Email to Stanley and Jester (Ex. 21 at PI Hearing).

On December 11, 2023, at 11:17 a.m., Wes Ward emailed Chafer Stanley a referral letter for Jones Digital. Ex. 9, Ward Email to Stanley (Ex. 22 at PI Hearing). Unlike the "supporting documents" submitted for the other target, Risever Machinery, LLC, Wes Ward's email contained no supporting documents for the Jones Digital referral, except the December 4th *Arkansas Business* article. *Id.*

At 3:32 p.m. on December 11, 2023, Wes Ward transmitted the Act 636 referral letter to Alexandra Benton, copying Governor Sanders' lawyers, Cole Jester and Chafer Stanley. Ex. 10, Ward Email to Benton, Jester, and Stanley (Ex. 23 at PI Hearing); Ex. 11, Ward's Act 636 Referral Letter (Ex. 24 at PI Hearing).

Nine minutes after receiving that Act 636 referral, Alexandra Benton circulated "the most recent draft of the subpoena we are going to send out to entities we suspect are in violation of AR law re: foreign owned ag land." Ex. 4, at OAG-004109. That draft subpoena to multiple "entities" was ready to go in minutes.

### ROBERT COON RETURNS

On December 12, 2023, the morning after Jones Digital's Act 636 referral, Robert Coon and his unnamed client reappeared. Bob Brooks wrote to Alexandra Benton, Zach Mayo, Robbi Riggs, and Doralee Chandler, "I just asked Robbi if that chart we got from Robert Coon's client showed that Jones Digital was in the sphere of Green Digital, LLC."

From: Bob Brooks <bob.brooks@arkansasag.gov>
Date: Tuesday, December 12, 2023 at 11:51 AM
To: Alexandra Benton <alexandra.benton@arkansasag.gov>, Zach Mayo <zach.mayo@arkansasag.gov>, Robbi Riggs <robbi.riggs@arkansasag.gov>, Doralee Chandler <doralee.chandler@arkansasag.gov>
Subject: RE: DRAFT: Subpoena for Agri Land

I think this draft is very close to being ready to send. I just asked Robbi if that chart we got from Robert Coon's client showed that Jones Digital was in the sphere of Green Digital, LLC.

With the information you recovered about the land which Jones Digital, LLC is operating on In Arkansas County being leased by Rosie Farms, LLC (Lyle Foster) we should have somebody check the PACER file on the federal case to see if there is any indica of a lease in there. Otherwise, we may need to send a subpoena (perhaps we could do it on a more friendly basis) to Rosie Farms to see the lease as it is not recorded in the land records per our title search.

Alex, will you please have Zach on your staff go through the filings in the *Jones Digital* case to see if there is any facts we can glean from the pleadings?

Ex. 4 at OAG-004109 (highlighting added).

The next day, on December 13, 2023, Alexandra Benton stated, "NewRays Inc. is one of the entities that Robert's client had in the chart as tracing back to Greenland Holdings in China."

From: Alexandra Benton <alexandra.benton@arkansasag.gov>
Date: Wednesday, December 13, 2023 at 10:32 AM
To: Bob Brooks <bob.brooks@arkansasag.gov>, Zach Mayo <zach.mayo@arkansasag.gov>, Robbi Riggs <robbi.riggs@arkansasag.gov>, Doralee Chandler <doralee.chandler@arkansasag.gov>
Subject: Re: DRAFT: Subpoena for Agri Land

Bob,

In the Jones Digital complaint, they state their members are Alpha Digital One, LLC, Eagle Asset Holding, Inc., Beskor Balance, Inc., and NewRays Inc. NewRays Inc. is one of the entities that Robert's client had in the chart as tracing back to Greenland Holdings in China.

Alpha Digital One, Eagle Asset Holding, Beskor Balance, and NewRays are all incorporated in Deleware.

Paragraph 111 of the complaint states that Jones Digital anticipates generating net revenue of no less than $6M during the initial **five-year period of its commercial lease agreement**.

Paragraph 120 states "Numerous individuals commented in support of passage of the October Ordinance at the October 10, 2023 meeting of the Arkansas County Quorum Court by criticizing the ownership of land by Chinese nationals as reasons to pass the October Ordinance." – Important to note that the complaint does not disclaim Chinese ownership.

Alexandra C. Benton
Deputy Attorney General

*Id.* at OAG-004108 (highlighting added).

That email discussed specific allegations Jones Digital had made in the first federal civil action. Alexandra Benton specifically named the company's then-existing membership to note that one of its members was "one of the entities that Robert[ Coon']s client had in the chart as tracing back to Greenland Holdings in China." *Id.*

To reiterate, the Attorney General now claims he has no "chart" from "Robert Coon's client." Dkt. No. 252-4, FOIA Request at ¶¶ 6, 24 *with* Dkt. No. 252-5, FOIA Response at 1. There is no good explanation for that failure of preservation. There is no plausible explanation for that failure of preservation except the intent to deprive Jones Eagle of the use of the information in this litigation. Fed. R. Civ. P. 37(e)(2). The prejudice to Jones Eagle is self-evident.

Back to the timeline. On October 26, 2023, the Attorney General's campaign received $3,000 from Robert Coon and his business partners. Weeks later, the Attorney General's office targeted Jones Eagle's underlying membership based on Robert Coon's client's "chart" which

6

evidently listed Jones Eagle's member(s) by name. This timeline raises many questions which only the Attorney General can answer. Here are some:

1.      Did the Attorney General launch his pre-referral investigation into Jones Eagle based on the chart of targets provided by Robert Coon's client?

2.      Why did his pre-referral investigation begin days after his fundraiser where he received $3,000 from Robert Coon and his partners?

3.      When, where, how, and why did Robert Coon, or Robert Coon's client, provide the chart to the Attorney General?

4.      How did the Attorney General receive the chart from Robert Coon or Robert Coon's client?

5.      Why did he use Robert Coon's client's chart to investigate Jones Eagle?

6.      Who was Robert Coon's client that provided the chart?

7.      Why did the Attorney General refuse to name Robert Coon or Robert Coon's client on any of his five attempted answers to Jones Eagle's Interrogatory No. 2, Interrogatory No. 3, Interrogatory No. 4, Interrogatory No. 9, Interrogatory No. 11, and Interrogatory No. 17?

**THE ATTORNEY GENERAL'S BREAKING "NATIONAL SECURITY" ADMISSIONS**

This month the Attorney General and his staff have publicly commented during media appearances regarding his motivation in targeting Jones Eagle. On July 25, 2026, the *Arkansas Democrat-Gazette* quoted the Attorney General's authorized spokesman as stating, "The Attorney General prioritizes national security and will rigorously investigate illegal foreign ownership, as required by law." Ex. 12, at 2. The Attorney General's spokesman continued, "We must prevent the Chinese Communist Party from acquiring land. We will continue to work closely with the

Governor and the general assembly to maintain Arkansas's recognized leadership against our foreign adversaries." *Id.* This asserted purpose obviates any suggestion these laws and investigations are traditional state regulations of land ownership and health and safety.

On July 28, 2026, *Talk Business and Politics* published an interview with the Attorney General. Ex. 13, *Talk Business & Politics* Interview of July 28, 2026. The Attorney General was asked, "You mentioned China. I want to pivot. You were in the paper with some of your emails a couple of weeks ago on China. Arkansas has a law that prohibits foreign land ownership. Do you think that law needs to be changed? Does it need to be revised in a way to not allow someone to be inaccurately accused like they were with what came out in the paper?" Ex. 13 at 3. The Attorney General replied, "Look, I think that if I were to change that law or any other law, I've got some ways to make it tougher. I think the law as it is, it's not too tough. I mean, we're the investigative body. We look at it. We tell you what the truth is and we've done that. We'll continue to do that." *Id.* The interviewer followed up, "Should it wait until the investigation is done before it becomes public? This was a problem with one of the investigations?" *Id.* The Attorney General answered,

> I think the process as it currently exists works. It has worked and it does work. Look, you're not perfect. I'm not perfect. But the process we've got works. And I think that what we've got to stay focused on waking up to China.
>
> For those of us in the national security space, and I've been in for 30 years, we've known for a long, long time. There were congressional reports in the late '90s that say, "Hey, China's not your friend. They are strategically targeting us." I've talked about this a little bit before. Gray zone warfare, we've talked about it. The fentanyl that they send over, that's coming from China. The cyberattacks are coming from China. The acquisition of farmland is China. The theft of rice technology so they can grow more back home is China. The illicit sexual massage parlors we've busted here. Every single one is tied to mainland China. Every single one Chinese currency in rural Arkansas, wire transfers to mainland China from Walmart. These are all categories of what the Chinese are doing short of traditional warfare.

*Id.*

8

Finally, the interviewer asked, "Will you bring proposals in the next legislative session? The Attorney General answered,

> Yes, and you know what? It's not going to be weakening it. I think we ought to be more aggressive. The Chinese are a problem. The Chinese are not your friend. We should have never given them most favored nation status in the 1990s. Both the Democrats and the Republicans agreed on that. That was a mistake. They are our strategic adversary and enemy and they are out. People need to just know that's a problem.

*Id.*

Days ago, as this motion to quash remained pending, when directly asked on a video interview about the investigations giving rise to this action, the Attorney General claimed to be "in the national security space," declared the "Chinese are a problem," and made 12 separate references to "China" and "the Chinese" within 90 seconds. These admissions reinforce Jones Eagle's claims and undermine the Attorney General's defenses.

The Attorney General is a party defendant whose personal motivations go to the heart of the case. He has voluntarily given unsworn public interviews about the very laws at issue in this case. Yet he resists sworn testimony about his unique and personal involvement in targeting Jones Eagle for a multi-year and highly publicized criminal investigation. Claiming undue burden is inconsistent with repeated voluntary media appearances discussing the very issues at stake.

If the Attorney General wishes to defend his pretextual and discriminatory targeting of Jones Eagle in this action, then he must follow the rules and testify under oath.

## CONCLUSION

The Court should deny the Attorney General's motion to quash and enforce the subpoena.

## SUPPORTING EXHIBITS

Exhibit 1:   Campaign Contribution and Expenditure Report of Attorney General Griffin, submitted on January 17, 2024.

Exhibit 2:   Statement of Financial Interest Submitted by John Timothy Griffin on January 29, 2024.

Exhibit 3:   Michael R. Wickline, "Nonprofit paid $18,000 for Griffin, family to attend conference in Rome, AG spokesman says," at 4 (emphasis added), *Arkansas Democrat-Gazette*, May 7, 2025.

Exhibit 4:   OAG-004104-004109.

Exhibit 5:   JE002148.

Exhibit 6:   OAG-004455.

Exhibit 7:   2023.12.04 W. Ward email to B. Black and C. Edwards re Ownership.

Exhibit 8:   2023.12.04 W. Ward email to C. Stanley and C. Jester re Ownership.

Exhibit 9:   2023.12.11 W. Ward email to C. Stanley re Foreign Ownership.

Exhibit 10:   2023.12.11 W. Ward email to A. Benton, C. Stanley, and C. Jester re Act 636 Referrals.

Exhibit 11:   2023.12.11 W. Ward letter to AG Griffin re Jones Digital Act 636 Referral.

Exhibit 12:   Dale Ellis, "Governor Sanders' China theme prevailed in saga of two Arkansas crypto mine projects," at 3, *Arkansas Democrat-Gazette*, July 25, 2026, *available at* https://www.arkansasonline.com/news/2026/jul/25/gov-sanders-china-theme-prevailed-in-saga-of-two/ (accessed July 29, 2026).

Exhibit 13:   Roby Brock, "Attorney General Tim Griffin preps for consumer fraud conference" *Talk Business & Politics*, July 28, 2026, *available at* https://talkbusiness.net/2026/07/attorney-general-tim-griffin-preps-for-consumer-fraud-conference/ (accessed July 29, 2026).

Dated: July 30, 2026

*Respectfully submitted,*

Frederick H. Davis
Alexander T. Jones
McKenzie L. Raub
Andrew King
KUTAK ROCK LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
frederick.davis@kutakrock.com
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com
andrew.king@kutakrock.com

Peyton C. Watts
KUTAK ROCK LLP
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

Robert S. Chang*
Shaleen Shanbhag*
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (949) 824-3034
rchang@law.uci.edu
sshanbhag@law.uci.edu

Paul L. Hoffman*
Director of the Civil Rights Litigation Clinic
UC Irvine School of Law
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697-8000
Telephone: (310) 717-7373
hoffpaul@aol.com

*Attorneys for Plaintiff Jones Eagle, LLC*

*\*Admitted Pro Hac Vice*

11