**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONES EAGLE, LLC** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00990-KGB**

**WES WARD, in his official capacity**
**as Secretary of the Arkansas Department of Agriculture, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is defendant Attorney General Tim Griffin's motion for leave to file reply in support of motion to strike Jones Eagle's unauthorized sur-reply (Dkt. No. 263). On August 6, 2026, Griffin filed a motion to strike Jones Eagle's unauthorized sur-reply ("Motion to Strike") (Dkt. No. 260). On August 10, 2026, plaintiff Jones Eagle, LLC ("Jones Eagle") filed a response to the Motion to Strike (Dkt. No. 262). Griffin now seeks leave to file a reply brief in support of his Motion to Strike (Dkt. No. 263). For good cause shown, the Court grants Griffin's motion for leave to file reply in support of motion to strike Jones Eagle's unauthorized sur-reply (*Id.*). Griffin shall have 7 days from the date of this Order to file his attached reply to the Motion to Strike.

It is so ordered this 18th day of August, 2026.

Kristine G. Baker
Chief United States District Judge